IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RICHARD D. GEORGE,
ADC #142010                                                                                          PLAINTIFF

v.                                           2:09CV00041HLJ

KIRK JOHNSON, et al.                                                                          DEFENDANTS

ORDER

This matter is before the Court on the motion for summary judgment filed by defendant Hughes (DE #22). Plaintiff has filed a response to the motion (DE #29).

At issue in the motion is whether plaintiff exhausted his administrative remedies prior to filing this lawsuit, as required by the Prison Litigation Reform Act (PLRA), 42 U.S.C. 1997e. While defendant states plaintiff failed to complete the grievance process through appeal to the Deputy Director, plaintiff states in his response that he did exhaust his administrative remedies and did appeal to the Deputy Director. However, neither party has submitted a copy of the grievance at issue for the Court's review. Accordingly,

IT IS THEREFORE, ORDERED that the parties shall submit to the Court a complete copy of the grievance at issue in this case, together with any additional briefs concerning such, within ten days of the date of this Order.

IT IS SO ORDERED this 19th day of November, 2009.

_____
United States Magistrate Judge

1