IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RICHARD D. GEORGE,
ADC #142010                                                                                           PLAINTIFF

2:09CV00041HLJ

KIRK JOHNSON, et al.                                                                              DEFENDANTS

## ORDER

By Order dated May 15, 2009, this Court directed the issuance of summons and service of plaintiff's complaint on defendants. Summons was returned, unexecuted, with respect to defendant Thomas on June 16, 2009 (DE #10). Included with the return is a notation that defendant Thomas is employed by Correctional Medical Services, Inc. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for defendant Thomas, and the United States Marshal is hereby directed to serve a copy of the summons and original and amended complaints (DE ##2, 5) on defendant in care of Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 19th day of November, 2009.

_____
United States Magistrate Judge