IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**RICHARD D. GEORGE,**
**ADC #142010**                                                             **PLAINTIFF**

2:09CV00041BSM/HLJ

**KIRK JOHNSON, et al.**                                        **DEFENDANTS**

## ORDER

The court has received the proposed findings and recommended disposition from United States Magistrate Judge Henry L. Jones, Jr.. The parties have filed no objections. After carefully reviewing the recommended disposition and reviewing the record *de novo*, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in all respects in their entirety.

Defendants' motions for summary judgment (Doc. Nos. 22, 37, 40) are GRANTED, and plaintiff's complaint against defendants is DISMISSED.

IT IS SO ORDERED this 24th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE