IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RICHARD D. GEORGE,
ADC #142010                                                                                               PLAINTIFF

2:09CV00041BSM/HLJ

**KIRK JOHNSON, et al.**                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today this case is DISMISSED with prejudice.

The relief sought is denied.

IT IS SO ADJUDGED this 24th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE